IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. _____ |
| | * | |
| | * | (UNDER SEAL) |
| CURTIS CLARK GREEN, | * | |
| a/k/a "Flush" | * | |
| a/k/a "chronicpain" | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America, by its undersigned attorneys, moves this Honorable Court for an order sealing the Information.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed**; that one (1) copy of the signed Information be provided by the Clerk to the United States Attorney's Office and that the United States be allowed to provide redacted copies of the information to defendant and defense counsel.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Justin S. Herring
Assistant United States Attorney

ORDERED as prayed, this \_\_\_\_ day of October, 2013.

_____
Hon. Beth P. Gesner
United States Magistrate Judge