IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV -6  P 3: 42

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CLERK'S OFFICE AT BALTIMORE |
| v. | * | CRIMINAL NO. CCB-13-0592 |
| | * | BY_____ DEPUTY |
| | * | |
| CURTIS CLARK GREEN, | * | |
| a/k/a "Flush" | * | |
| a/k/a "chronicpain" | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## MOTION TO UNSEAL INFORMATION

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that the Information in the above-captioned matter be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Justin S. Herring
Assistant United States Attorney

**ORDERED** as prayed, this 6TH day of November, 2013.

_____
Beth P. Gesner
United States Magistrate Judge