FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 19  AM 11: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Scott E. Williams (7678)
Van Cott Bagley Cornwall & McCarthy, P.C.
Attorneys for Defendant
36 S. State St. #1900
Salt Lake City, Utah 84111
Telephone: (801) 532-3333
Fax: (801) 237-0885

UNITED STATES DISTRICT COURT

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS CLARK GREEN,<br><br>Defendant. | MOTION FOR FURTHER CONTINUANCE OF SENTENCING<br><br>Docket No.: CCB-13-0592<br>Defendant No.: 001 |
|---|---|

Defendant, by and through counsel, hereby moves the above-entitled court to continue the sentencing hearing, which is not currently scheduled but the status of which is due for a status report December 11, 2014.

SAID MOTION is based upon the following:

Counsel for Defendant and the Assistant United States Attorney have discussed this case and agree that it is appropriate to continue the sentencing for approximately 6 months from December 11, 2014, the date it is currently scheduled for status.

WHEREFORE, Defendant requests that he be granted a continuance of his sentencing hearing.

*Approved. Status report due June 2015. CCB 12/18/14*