IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. CCB 13-0592 |
| CURTIS CLARK GREEN,<br>    Defendant. | :<br>...oOo... |

## CONSENT ORDER OF FORFEITURE

The defendant, having waived Indictment and entered a plea of guilty to Count One of a Criminal Information, agreed to forfeit to the United States all of his right, title, and interest in any and all money, property, or assets of any kind, derived from or acquired as a result of, or used to facilitate the commission of, the Defendant's illegal activities. Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that the following is FORFEITED to the United States pursuant to Fed.R.Crim.P. 32.2(b)(2), 28 U.S.C. § 2461 (c), 18 U.S.C. § 2253, and 21 U.S.C. § 853:  **$18,000 in U.S. currency seized from the Defendant's person at the time of his arrest on January 17, 2013.**

_____
Curtis Clark Green
Defendant

_____
Scott Williams
Counsel for Defendant

So ordered:

1-29-16
Date

_____
Hon. Catherine C. Blake
United States District Judge